UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

VIOLATION: 18 U.S.C. § 1715

v.

LORETTA LYNN BAUMAN,

    Defendant.

Case:3:18-cr-20785
Judge: Cleland, Robert H.
MJ: Stafford, Elizabeth A.
Filed: 11-27-2018 At 03:44 PM
INFO USA v BAUMAN (dat)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
18 U.S.C. § 1715
*Mailing of a Pistol, Revolver, or Firearm*

On or about May 21, 2018, in the Eastern District of Michigan, Southern Division, the defendant, LORETTA LYNN BAUMAN, did knowingly deposit for mailing and delivery, and did knowingly cause to be delivered by mail a pistol, revolver, or firearm, that is: one Hi-Point 9mm Pistol, Model C9, said firearm having previously been declared nonmailable by Title 18, United States Code, Section 1715, all in violation of that Section.

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant—

   a.   cannot be located upon the exercise of due diligence;
   b.   has been transferred to, sold to, or deposited with a third party;
   c.   has been placed beyond the jurisdiction of this Court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeit other property of defendant up to the value of the above described forfeitable property, pursuant to

Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

MATTHEW SCHNEIDER
United States Attorney

/s/ Matthew A. Roth

MATTHEW A. ROTH
Chief, Major Crimes Unit
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9186
Matthew.Roth@usdoj.gov

/s/ Lisandra Fernandez-Silber

LISANDRA FERNANDEZ-SILBER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9122
Lisandra.Fernandez-Silber@usdoj.gov

Dated: November 27, 2018

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Case: 3:18-cr-20785<br>Judge: Cleland, Robert H.<br>MJ: Stafford, Elizabeth A.<br>Filed: 11-27-2018 At 03:44 PM<br>INFO USA v BAUMAN (dat) | iber |

NOTE: It is the responsibility of the Assistant U.S

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: LFS |

**Case Title:** USA v. Loretta Lynn Bauman

**County where offense occurred :** Macomb

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 18-mj-30343     ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 27, 2018
Date

Lisandra Fernández-Silber
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9122
Fax:    313-226-2372
E-Mail address: lisandra.fernandez-silber@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.